UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 MAR -4  P 3: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ROGER JORDAN,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )     No. 2:08 CV 152 - MEF
                                       )
EQUITY GROUP EUFAULA DIVISION, LLC,    )
JENNIFER BAKER and RANDY CLINE         )
                                       )
          Defendants.                  )

---

## NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a) and (b), and 1446, defendants Equity

Group Eufaula Division, LLC, Jennifer Baker and Randy Cline timely remove this action from

the Circuit Court of Barbour County, Alabama, Clayton Division, to the United States District

Court for the Middle District of Alabama, on the following grounds:

1.     On or about January 31, 2008, plaintiff Roger Jordan ("Jordan") filed a Complaint

in the Circuit Court of Barbour County, Alabama, Clayton Division, docketed at Civil Action

No. CV-08-06 (the "State Court Action"), a copy of which is attached as part of Exhibit "A."

2.     On February 11, 2008 and February 13, 2008, Jordan caused defendants to be

served with the Complaint in the State Court Action

3.     Prior to his termination on or about November 21, 2007, Jordan was employed as

a line hanger by defendant Equity Group Eufaula Division, LLC ("Equity"), which operates a

poultry processing plant located in Eufaula, Alabama.  [Complaint, ¶ 5.]

4.      Jordan purports to state two claims against defendants:  (a) the allegedly wrongful termination of his employment after he suffered a catastrophic non-work related injury (while he was jumping on a trampoline) on November 21, 2007 and (b) the allegedly wrongful termination of his health insurance coverage and other benefits.  [Complaint, ¶¶ 6-8.]

5.      In particular, in Count II of his Complaint, Jordan alleges that his termination was "violative of the provisions of [Equity's] employee handbook."  [Complaint, ¶ 3.]

6.      In fact, Jordan is represented for purposes of collective bargaining by the Retail, Wholesale and Department Store Union ("Union"), and the terms of his employment, including the termination of his employment and the provision of health insurance coverage and other benefits, is subject to and governed by a collective bargaining agreement ("CBA") between Equity and the Union.

7.      Accordingly, Jordan's purported state law claims are substantially dependent on an analysis of the CBA and, therefore, are completely preempted by Section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185(a).

8.      As such, Jordan's claims arise under federal law, and this action is removable under 28 U.S.C. § 1441 based upon the Court's federal question jurisdiction set forth in 28 U.S.C. § 1331, notwithstanding and as an exception to the "well pleaded complaint" rule.  See, e.g., Atchley v. Heritage Cable Vision Associates, 101 F.3d 495 (7th Cir. 1996); Bolton v. McWane Cast Iron & Pipe Co., 328 F.Supp.2d 1229 (N.D. Ala. 2004).

9.      Moreover, Jordan's purported state law claims relating to and based on the allegedly improper termination of his health insurance benefits also are completely preempted by the Employee Retirement Security Act of 1974, 29 U.S.C. §§ 1001, et seq. ("ERISA"), as amended generally and by the Consolidated Omnibus Budget Reconciliation Act of 1985, Pub.L

No. 99-272, Title X, Section 100001(codified at 29 U.S.C. .§§ 1161 et seq.) ("COBRA"). COBRA requires sponsors of ERISA group health plans to provide the option to elect continuation coverage in certain circumstances for a limited period of time following employment termination. See 29 U.S.C.§§ 1161(a), 1162. "A claim regarding the alleged wrongful denial of benefits to a plaintiff covered under such a continuation of coverage is governed by ERISA." Mattive v. Healthsource of Savannah, Inc., 893 F.Supp. 1556 (S.D. Ga. 1996).

10.     Claims are "super preempted", or completely preempted, by ERISA, when the "plaintiff is seeking relief under 29 U.S.C. § 1132(a)," and "[r]egardless of the merits of plaintiff's actual claims (recast as ERISA claims)," when four elements are satisfied." Id. Butero v. Royal Maccabees Life Ins. Co., 174 F.3d 1207, 1212 (11th Cir. 1999). First, there must be a relevant ERISA plan. Id. Second, the plaintiff must have standing to sue under the ERISA plan. Id. Third, the defendant must fall within the definition of an "ERISA entity." Id. Finally, the complaint must seek relief akin to that which is available under 29 U.S.C. § 1132(a). Id.

11.     In this instance, these four elements are satisfied, and Jordan's claims are completely preempted by ERISA, as follows:

a.     The health insurance plan made the basis of Jordan's claims was established and maintained by Equity for the purpose of providing medical insurance benefits to participants and thus constitutes an employee benefit plan. The summary plan description provided to employees expressly states that it is governed by ERISA.

b.     As a participant in the plan at the time of his termination, Jordan has standing to assert a variety of claims under § 1132(a).

c.    Equity is an ERISA entity because it was Jordan's employer. <u>Morstein v.</u>
<u>National Ins. Servs. Inc.</u>, 93 F.3d 715 (11th Cir. 1996).

d.    The damages sought are akin to those remedies available under § 1132(a),
which empowers a participant to "recover benefits due to him under the terms of his plan, to
enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the
terms of the plan. . . ." 29 U.S.C. § 1132(a)(1)(B). In his Complaint, Jordan claims as part of his
damages the loss of health insurance coverage and other benefits, as well as mental anguish,
emotional distress, physical suffering, despair, frustration and humiliation. [Complaint, Count
One, ¶ 3].

12.    Jordan expressly claims he was damaged by his loss of health insurance coverage
and medical treatments and services, which falls squarely within the reach of ERISA.

13.    Jordan's artful characterization of other damages claims, cast in terms of
outrageous conduct, emotional distress and fraud, cannot overcome or defeat preemption. <u>See</u>
<u>York v. Ramsay Youth Services of Dothan</u>, 313 F.Supp.2d 1275 (M.D. Ala. 2004) (claim
seeking return of plan premiums and reimbursement for medical costs caused by lapsed
insurance coverage in addition to damages such as emotional distress is akin to relief available
under 29 U.S.C. § 1132(a)).

14.    Thus, although the Complaint does not specifically mention ERISA or COBRA[1],
Jordan's claims regarding the termination of his health insurance benefits and any failure to
provide a COBRA notification arise under federal law, and this action is removable under 28
U.S.C. § 1441 based upon the Court's federal question jurisdiction set forth in 28 U.S.C. § 1331.
<u>See</u>, <u>e.g.</u>, <u>Butero, supra</u>; <u>Wood v. Prudential Ins. Co. of America</u>, 207 F.3d 674 (3d Cir. 2000).

---

[1] Tellingly, Jordan served Plaintiff's First Request for Production of Documents, attached as part of Exhibit A, with
the Complaint, pursuant to which he seeks copies of all notices Equity provided to him under COBRA.

15.    In light of the complete preemption of Jordan's state law claims under LMRA and ERISA, removal of this action to federal court is appropriate notwithstanding, and as an exception to, the "well pleaded complaint" rule.

16.    Inasmuch as the Court has original jurisdiction over any claims based on the termination of Jordan's employment and/or benefits, the Court has supplemental jurisdiction over any other possible claims which Jordan may suggest are stated in the Complaint.  28 U.S.C. §§ 1367(a), 1441(c).

17.    This entire action is removable based upon the Court's original and supplemental jurisdiction. 28 U.S.C. §§ 1331, 1367, 1441(a), 1441(b), 1441(c), and 1446.

18.    This Notice of Removal is being filed within thirty days of the service of the Complaint upon defendants pursuant to 28 U.S.C. § 1446(b).

19.    True and correct copies of the Complaint, with all process and pleadings served or filed in the State Court Action as of the time of filing of this Notice of Removal, are attached as Exhibit "A."

20.    True and correct copies of the Notice of Removal with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal of Civil Action will be served upon plaintiff's counsel and filed with the clerk of the Circuit Court of Barbour County, Alabama, in accordance with the provisions of 28 U.S.C. § 1446(d).

21.    Pursuant to 28 U.S.C. § 1446, no bond is required to accompany this Notice of Removal and, therefore, no bond is being posted.

22.    In filing this notice, defendants do not waive any available defenses in this action.

23.    This Notice of Removal has been verified by the undersigned counsel for defendants, pursuant to 28 U.S.C. § 1446(a) and with respect to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants remove the State Court Action from the Circuit Court of Barbour County, Alabama, Clayton Division, to the United States District Court for the Middle District of Alabama.


Joel P. Smith, Jr. (SMI 192)
Williams, Potthoff, Williams &  Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027
joelpsmith@bellsouth.net
(334) 687-5834


**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 4th day of March, 2008 I served the foregoing upon counsel of record for all parties to this proceeding, by placing a copy thereof in the United States Mail, first class postage thereon prepaid and properly addressed as follows:

      Walter Calton
      212 East Broad St.
      Eufaula, AL 36027

      Leah Taylor
      Taylor & Taylor
      2130 Highland Avenue
      Birmingham, AL 35205

      Shane Seaborn
      Penn & Seaborn
      P.O. Box 688
      Clayton, AL 36016

Of Counsel

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

ROGER JORDAN,                          *
                                       *
        Plaintiff,                     *
                                       *
v.                                     *        CIVIL ACTION NO.: $Cv$-08-06
                                       *
EQUITY GROUP EUFAULA DIVISION,*
LLC; JENNIFER BAKER; RANDY             *
CLINE,                                 *
                                       *
        Defendants.                    *

*I certify this to be a true and correct copy of the original which is on file and entrolled in my office in Clayton or Eufaula, Barbour County, Alabama*

*Witness my hand and seal this 3 rd day of March 2008*

*David S. Nix, Clerk*

S U M M O N S

    This service by certified mail of this Summons is initiated
upon the written request of Plaintiff's attorney pursuant to the
Alabama Rules of Civil Procedure.

**NOTICE TO:**     Equity Group Eufaula Division
                   57 Melvin Clark Road
                   Bakerhill, AL 36027

    The Amended Complaint which is attached to this Summons is
important and you must take immediate action to protect your
rights.  You are required to mail or hand deliver a copy of a
written Answer, either admitting or denying each allegation in
the Complaint, to **Leah O. Taylor, Taylor & Taylor, 2130 Highland
Avenue, Birmingham, Alabama 35205**.  THIS ANSWER MUST BE MAILED
OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY
OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN
RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must
also file the original of your Answer with the Clerk of this
Court within a reasonable time afterward.

DATED:_____2-7_____, 2008        _____
                                 Clerk, Barbour County,Alabama

**Exhibit "A"**

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

ROGER JORDAN,                          *
                                       *
        Plaintiff,                     *
                                       *
v.                                     *       CIVIL ACTION NO.: CV-08-06
                                       *
EQUITY GROUP EUFAULA DIVISION, *
LLC; JENNIFER BAKER; RANDY             *
CLINE,                                 *
                                       *
        Defendants.                    *


S U M M O N S

    This service by certified mail of this Summons is initiated
upon the written request of Plaintiff's attorney pursuant to the
Alabama Rules of Civil Procedure.

**NOTICE TO:**      Jennifer Baker
                    1435 Poorhouse Road
                    Clayton, Alabama 36016

    The Amended Complaint which is attached to this Summons is
important and you must take immediate action to protect your
rights.  You are required to mail or hand deliver a copy of a
written Answer, either admitting or denying each allegation in
the Complaint, to **Leah O. Taylor, Taylor & Taylor, 2130 Highland
Avenue, Birmingham, Alabama 35205**.  THIS ANSWER MUST BE MAILED
OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY
OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN
RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must
also file the original of your Answer with the Clerk of this
Court within a reasonable time afterward.


DATED: _2-7-_____, 2008        _____
                                 Clerk, Barbour County, Alabama

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

ROGER JORDAN,                          *
                                       *
        Plaintiff,                     *
                                       *
v.                                     *        CIVIL ACTION NO.:  *CV0806*
                                       *
EQUITY GROUP EUFAULA DIVISION, *
LLC; JENNIFER BAKER; RANDY      *
CLINE,                                 *
                                       *
        Defendants.                    *


## S U M M O N S

    This service by certified mail of this Summons is initiated
upon the written request of Plaintiff's attorney pursuant to the
Alabama Rules of Civil Procedure.

**NOTICE TO:**     Randy Cline
                   427 Woodlawn Drive
                   Eufaula, Alabama 36027

    The Amended Complaint which is attached to this Summons is
important and you must take immediate action to protect your
rights.  You are required to mail or hand deliver a copy of a
written Answer, either admitting or denying each allegation in
the Complaint, to **Leah O. Taylor, Taylor & Taylor, 2130 Highland
Avenue, Birmingham, Alabama 35205**.  THIS ANSWER MUST BE MAILED
OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY
OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN
RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.  You must
also file the original of your Answer with the Clerk of this
Court within a reasonable time afterward.


DATED: ___*2-7-*_____, 2008          _____
                                           Clerk, Barbour County, Alabama

IN THE CIRCUIT COURT OF BARBOUR COUNTY FILED
CLAYTON DIVISION

JAN 3 1 2008

DAVID S. NIX, CLERK
BARBOUR CO. ALABAMA

ROGER JORDAN,                         *
                                      *
        Plaintiff,                    *
                                      *
v.                                    *       CIVIL ACTION NO.: CV08-06
                                      *
EQUITY GROUP EUFAULA DIVISION,*
LLC; JENNIFER BAKER; RANDY            *
CLINE,                                *
                                      *
        Defendants.                   *

**C O M P L A I N T**

1.   Plaintiff, ROGER JORDAN, is an individual over the age of
nineteen (19) years, and is a resident of Barbour County, Clayton
Division, Alabama.

2.   Defendant EQUITY GROUP EUFAULA DIVISION, LLC (hereinafter
"EQUITY   GROUP"),   is   a   limited   liability   corporation,   duly
authorized to do business in Alabama, and which does business in
Barbour County, Clayton Division, Alabama.

3.   Defendant JENNIFER BAKER (hereinafter "BAKER") is an
individual over the age of nineteen (19) years and is a resident of
Barbour County, Clayton Division, Alabama. At all times material
hereto, Defendant BAKER was acting within the line and scope of her
employment with EQUITY GROUP.

4.   Defendant RANDY CLINE (hereinafter "CLINE") is an
individual over the age of nineteen (19) years and a resident of
Barbour County, Alabama. At all times material hereto, Defendant
CLINE was acting within the line and scope of his employment with
EQUITY GROUP.

5.    On and prior to November 21, 2007, Plaintiff was employed as a line hanger with Defendant EQUITY GROUP.

6.    On November 20, 2007, Plaintiff suffered a catastrophic injury while jumping on a trampoline. As a result, Plaintiff was rendered quadriplegic.

7.    After learning of Plaintiff's devastating injury, Defendants terminated Plaintiff's employment and cancelled Plaintiff's health insurance coverage and other benefits.

8.    Defendants' termination of Plaintiff's employment after he had suffered a devastating injury was for pretextual reasons and was in violation of public policy and was done cruelly and maliciously.

COUNT ONE

1.    Plaintiff realleges all previous allegations of this Complaint.

2.    Plaintiff avers that the conduct of Defendants was outrageous, went beyond all bounds of human decency and should not be condoned, accepted or endured in a civilized society.

3.    As a proximate result of Defendants' intentional and/or reckless conduct, Plaintiff has suffered damages as follows:

(a)    Plaintiff has suffered severe mental anguish, emotional distress, physical suffering, despair, frustration and humiliation;

(b)    Plaintiff was caused to lose health insurance coverage and other benefits;

(c)    Plaintiff was caused to suffer the loss of medical treatments and services; and,

2

(d)  Plaintiff will incur expenses necessitated by the filing of this lawsuit.

4.  Defendants consciously and deliberately engaged in oppression, fraud, wantonness or malice with regard to Plaintiff, thereby depriving Plaintiff of legal rights and entitling him to punitive damages against Defendants.

WHEREFORE, Plaintiff, ROGER JORDAN, demands judgment against Defendants in such sum as a jury shall reasonably assess, including actual and punitive damages, plus interest, attorneys fees, and all costs of this proceeding in an amount exceeding the jurisdictional minimum of this Court.

COUNT TWO

1.  Plaintiff realleges all previous allegations of this Complaint.

2.  Defendants' termination of Plaintiff's employment on November 21, 2007, was violative of public policy.

3.  Defendants' termination of Plaintiff's employment on November 21, 2007, was violative of the provisions of Defendant EQUITY GROUP'S employee handbook.

4.  As a proximate result of Defendants' wrongful discharge, Plaintiff has been damaged as previously described herein.

WHEREFORE, Plaintiff, ROGER JORDAN, demands judgment against Defendants in such sum as a jury shall reasonably assess, including actual and punitive damages, plus interest, attorneys fees, and all costs of this proceeding in an amount exceeding the jurisdictional minimum of this Court.

3

_Walter B. Calton_
WALTER CALTON

**OF COUNSEL:**

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407

**<u>OF COUNSEL</u>:**

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205

**OF COUNSEL:**

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016


**PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY IN THIS CAUSE.**

_Walter B. Calton_
Of Counsel

4

**Defendants may be served by certified mail, return receipt requested as follows:**

Equity Group Eufaula Division
57 Melvin Clark Road
Bakerhill, AL 36027-4938

Jennifer Baker
1435 Poorhouse Road
Clayton, Alabama 36016

Randy Cline
427 Woodlawn Drive
Eufaula, Alabama 36027

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

FILED

JAN 3 1 2008

DAVID S. NIX, CLERK
BARBOUR CO. ALABAMA

ROGER JORDAN,                    *
                                 *
        Plaintiff,               *
                                 *
v.                               *      CIVIL ACTION NO.: _Cv08-06_
                                 *
EQUITY GROUP EUFAULA DIVISION, *
LLC; JENNIFER BAKER; RANDY      *
CLINE,                           *
                                 *
        Defendants.              *

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
DEFENDANT EQUITY GROUP EUFAULA DIVISION, LLC**

Comes now the Plaintiff and requests EQUITY GROUP EUFAULA

DIVISION, LLC (hereinafter "EQUITY GROUP"), to produce the

following documents pursuant to Rule 34(b) of the Alabama Rules of

Civil Procedure:

1.    The personnel file of ROGER JORDAN.

2.    The employee handbook in effect on November 21, 2007.

3.    Any and all evidence relied upon by Defendant EQUITY

GROUP in terminating the employment of ROGER JORDAN on November 21,

2007.

4.    All notices provided by this Defendant to ROGER JORDAN

regarding his rights under the Consolidated Omnibus Reconciliation

Act ("COBRA").

5.    All correspondence or other communications between this

Defendant and Blue Cross and Blue Shield of Alabama regarding ROGER

JORDAN.

6.    All  insurance  policies,  endorsements,  applications, certificates or other documents relating in any way to the health insurance coverage which ROGER JORDAN had with Blue Cross and Blue Shield of Alabama on November 20, 2007.

7.    All internal memoranda, notes or other documents relating in any way to the termination of ROGER JORDAN.

8.    All internal memoranda, notes or other documents relating in any way to any communication since November 1, 2007, between any employee of this Defendant and ROGER JORDAN or any family member of ROGER JORDAN.

9.    All internal memoranda, notes or other documents relating in any way to any communication between any employee of this Defendant and any hospital or healthcare representative regarding ROGER JORDAN.

10.  Any and all information received from Walmart regarding ROGER JORDAN.


_Walter B. Calton_
WALTER CALTON

**OF COUNSEL:**

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407

<u>**OF COUNSEL:**</u>

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800


**OF COUNSEL:**

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016


**PLEASE SERVE PLAINTIFF'S FIRST REQUEST FOR PRODUCTION UPON DEFENDANT ALONG WITH THE SUMMONS AND COMPLAINT.**

IN THE CIRCUIT COURT OF BARBOUR COUNT**FILED**
CLAYTON DIVISION

JAN 31 2008

ROGER JORDAN,                          *
                                       *
        Plaintiff,                     *        **DAVID S. NIX, CLERK**
                                       *        **BARBOUR CO. ALABAMA**
v.                                     *        CIVIL ACTION NO.: $CU\,08\text{-}06$
                                       *
EQUITY GROUP EUFAULA DIVISION,*
LLC; JENNIFER BAKER; RANDY             *
CLINE,                                 *
                                       *
        Defendants.                    *

## 30(b)(6) NOTICE OF DEPOSITION TO DEFENDANT
## EQUITY GROUP EUFAULA DIVISION, LLC

PLEASE TAKE NOTICE that Plaintiff, pursuant to Rule 30(b)(6) of the Alabama Rules of Civil Procedure, will take the deposition of that person or those persons who has the most knowledge of the following, before a duly authorized court reporter or notary public on **the 24ᵗʰ day of March,2008, beginning at 9 o'clock A.M.**, at the Offices of Walter Calton, 312 East Broad Street, Eufaula, Alabama 36027. Said deposition will continue from day to day thereafter until completed. You are invited to attend and cross-examine if you so desire.

Pursuant to Rule 30(b)(6), the Plaintiff requests that **EQUITY GROUP EUFAULA DIVISION, LLC** designate one or more managing agents or employees who is most knowledgeable in the below listed areas to testify as a representative of the Defendant **EQUITY GROUP EUFAULA DIVISION, LLC.** The relevant areas of inquiry are as follows:

1. The date of this Defendant's termination of the employment of ROGER JORDAN.

2. Each and every reason why this Defendant terminated

the employment of ROGER JORDAN.

    3.    This Defendant's employee handbook in effect on November 21,2007.

    4.    Communications between this Defendant and Blue Cross and Blue Shield regarding health insurance coverage for ROGER JORDAN.

    5.    This Defendant's communications with Plaintiff or any of Plaintiff's family members since November 1, 2007.

    6.    The health insurance coverage which ROGER JORDAN had on November 20, 2007.

    7.    Every notice provided by this Defendant to ROGER JORDAN regarding his rights under the Consolidated Omnibus Reconciliation Act (COBRA").

    8.    Each and every reason why this Defendant deprived ROGER JORDAN of continued health insurance coverage.

**Pursuant to Rule 30(b)(5) of the Alabama Rules of Civil Procedure, the above-named deponent or deponents are hereby requested to provide the following documents on or before the 21st day of March, 2008:**

    1.    The personnel file of ROGER JORDAN.

    2.    The employee handbook in effect on November 21, 2007.

    3.    Any and all evidence relied upon by Defendant EQUITY GROUP in terminating the employment of ROGER JORDAN on November 21, 2007.

    4.    All notices provided by this Defendant to ROGER JORDAN

regarding his rights under the Consolidated Omnibus Reconciliation Act ("COBRA").

5.    All correspondence or other communications between this Defendant and Blue Cross and Blue Shield of Alabama regarding ROGER JORDAN.

6.    All insurance policies, endorsements, applications, certificates or other documents relating in any way to the health insurance coverage which ROGER JORDAN had with Blue Cross and Blue Shield of Alabama on November 20, 2007.

7.    All internal memoranda, notes or other documents relating in any way to the termination of ROGER JORDAN.

8.    All internal memoranda, notes or other documents relating in any way to any communication since November 1, 2007, between any employee of this Defendant and ROGER JORDAN or any family member of ROGER JORDAN.

9.    All internal memoranda, notes or other documents relating in any way to any communication between any employee of this Defendant and any hospital or healthcare representative regarding ROGER JORDAN.

10.    Any and all information received from Walmart regarding ROGER JORDAN.

3

_Walter B. Calton_
WALTER CALTON

**OF COUNSEL:**

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407


**OF COUNSEL:**

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
Telephone: (205) 558-2800


**OF COUNSEL:**

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016


**PLEASE SERVE PLAINTIFF'S NOTICE TO TAKE DEPOSITION TO DEFENDANT
EQUITY GROUP EUFAULA DIVISION, LLC ALONG WITH THE SUMMONS AND
COMPLAINT FILED CONTEMPORANEOUSLY HEREWITH**

4

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

**FILED**

**JAN 3 1 2008**

**DAVID S. NIX, CLERK**
**BARBOUR CO. ALABAMA**

ROGER JORDAN,                          *
                                       *
      Plaintiff,                       *
                                       *
v.                                     *          CIVIL ACTION NO.:  _____
                                       *
EQUITY GROUP EUFAULA DIVISION, *
LLC; JENNIFER BAKER; RANDY             *
CLINE,                                 *
                                       *
      Defendants.                      *

## NOTICE OF DEPOSITION TO DEFENDANT
## JENNIFER BAKER

PLEASE TAKE NOTICE that Plaintiff will take the deposition of **Jennifer Baker** before a duly authorized court reporter or notary public on **the 25th day of March, 2008, beginning at 1:30 p.m.**, at the Offices of Walter Calton, 312 East Broad Street, Eufaula, Alabama 36027. Said deposition will continue from day to day thereafter until completed. You are invited to attend and cross-examine if you so desire.

                        *Walter B. Calton*
                        WALTER CALTON

OF COUNSEL:

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407

OF COUNSEL:

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
Telephone: (205) 558-2800


OF COUNSEL:

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016




**PLEASE SERVE PLAINTIFF'S NOTICE TO TAKE DEPOSITION TO DEFENDANT JENNIFER BAKER ALONG WITH THE SUMMONS AND COMPLAINT FILED CONTEMPORANEOUSLY HEREWITH**

2

IN THE CIRCUIT COURT OF BARBOUR COUNTY
CLAYTON DIVISION

FILED
JAN 3 1 2008
DAVID S. NIX, CLERK
BARBOUR CO. ALABAMA

ROGER JORDAN,                        *
                                     *
        Plaintiff,                   *
                                     *
v.                                   *       CIVIL ACTION NO.: $Cv\ 08\ 06$
                                     *
EQUITY GROUP EUFAULA DIVISION,*
LLC; JENNIFER BAKER; RANDY           *
CLINE,                               *
                                     *
        Defendants.                  *

### NOTICE OF DEPOSITION TO DEFENDANT
### RANDY CLINE

PLEASE TAKE NOTICE that Plaintiff will take the deposition of **Randy Cline** before a duly authorized court reporter or notary public on **the 25th day of March, 2008, beginning at 9 o'clock A.M.**, at the Offices of Walter Calton, 312 East Broad Street, Eufaula, Alabama 36027. Said deposition will continue from day to day thereafter until completed. You are invited to attend and cross-examine if you so desire.

Walter B. Calton
WALTER CALTON

**OF COUNSEL:**

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407

**OF COUNSEL:**

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
Telephone: (205) 558-2800


OF COUNSEL:

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016




PLEASE SERVE PLAINTIFF'S NOTICE TO TAKE DEPOSITION TO DEFENDANT
RANDY CLINE ALONG WITH THE SUMMONS AND COMPLAINT FILED
CONTEMPORANEOUSLY HEREWITH

2

ELECTRONICALLY FILED
2/15/2008 10:10 AM
CV-2008-000006.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
DAVID NIX, CLERK

## IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
### CLAYTON DIVISION

ROGER JORDAN,                          )
                                       )
    Plaintiff,                 )
                                       )
v.                                     )    CIVIL ACTION NO. CV-2008-6
                                       )
EQUITY GROUP EUFAULA DIVISION,         )
LLC, JENNIFER BAKER, and RANDY         )
CLINE,                                 )
                                       )
    Defendants.                )

### ENTRY OF APPEARANCE

The Clerk is requested to enter the appearance of Joel P. Smith, Jr., and

Courtney R. Potthoff, Post Office Box 880, Eufaula, Alabama  36072-0880, as counsel

for Defendants Equity Group Eufaula Division, LLC, Jennifer Baker, and Randy Cline.


/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr.            (SMI192)


/s/ Courtney R. Potthoff
Courtney R. Potthoff          (POT010)

Attorneys for Defendants


OF COUNSEL:
WILLIAMS, POTTHOFF, WILLIAMS
   & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama   36072-0880
Telephone    (334) 687-5834
Facsimile    (334) 687-5722

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2008, a copy of the foregoing was served upon the following counsel of record by electronic service, or if counsel's address is not listed on the court's electronic filing system, by depositing a copy of same in the U.S. Mail, properly addressed, postage prepaid:

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, Alabama  36072

Leah O. Taylor, Esq.
TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama  35205

L. Shane Seaborn, Esq.
PENN & SEABORN, LLC
Post Office Box 688
Clayton, Alabama  36016


/s/ Joel P. Smith, Jr.
Of Counsel



**AlaFile E-Notice**

06-CV-2008-000006.00

To:  JOEL SMITH
     joelpSmith@bellsouth.net

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

### ROGER JORDAN VS EQUITY GROUP (EUFAULA DIV,LLC ET AL)
### 06-CV-2008-000006.00

The following NOTICE OF APPEARANCE was FILED on 2/15/2008 10:10:22 AM

Notice Date:     2/15/2008 10:10:22 AM

**DAVID NIX**
**CIRCUIT COURT CLERK**
BARBOUR COUNTY, ALABAMA
P.O. BOX 219
CLAYTON, AL 36016

334-775-8366
david.nix@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CV-08-06
Jennifer Beter
1435 Poorhouse Road
Clayton, AL
36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Zina Williams    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
2-13-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0002 7192 2072

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

State of Alabama
Unified Judicial System

Form ARCivP-93   Rev. 5/99

## COVER SHEET
### CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Case Number
| C | V | | | | | | | | | | - |

Date of Filing:
| | | | | | | | | |
Month   Day   Year

Judge Code:
| | | | | |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF __Barbour_____, **ALABAMA**

(Name of County)

Roger Jordan_____ v. _Equity Group Eufaula Division, LLC, et al_

**Plaintiff**                                    **Defendant**

**First Plaintiff**   ☐ Business   ☒ Individual       **First Defendant**   ☒ Business   ☐ Individual
                      ☐ Government  ☐ Other                                  ☐ Government ☐ Other

## NATURE OF SUIT:   Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA   - Wrongful Death
☐ TONG   - Negligence: General
☐ TOMV   - Negligence: Motor Vehicle

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX   - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
            Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT   - Civil Rights

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

FEB 09 2008   Postmark Here
USPS 36027

Sent To Equity Group
Street, Apt. No.; or PO Box No. 57 Melvin Clark Rd.
City, State, ZIP+4 Buterhill AL 36027
PS Form 3800, June 2002   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

FEB 09 2008   Postmark Here
USPS 36027

Sent To Bradley Cline
Street, Apt. No.; or PO Box No. 427 Woodlawn Drive
City, State, ZIP+4 Eufaula, AL 36027
PS Form 3800, June 2002   See Reverse for Instructions

**ORIGIN** *(check one)*:   F ☒ INITIAL FI
                            R ☐ REMAND

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

constitute a demand for a
Ala.R.Civ.P, for procedure)

**HAS JURY TRIAL BEEN DEMAND**

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $

FEB 09 2008   Postmark Here
USPS 36027

**RELIEF REQUESTED:**   ☒ MO

**ATTORNEY CODE:**
| C | A | L | 0 | 3 | 6 |   1-3
                            Date

**MEDIATION REQUESTED:**   ☐

REQUESTED

Sent To Jenni Baker
Street, Apt. No.; or PO Box No. 1435 Poorhouse Road
City, State, ZIP+4 Clayton AL 36016
PS Form 3800, June 2002   See Reverse for Instructions

IN THE CIRCUIT COURT OF BARBOUR COUNTY

**FILED**

CLAYTON DIVISION

JAN 3 1 2008

ROGER JORDAN,

     Plaintiff,

v.

EQUITY GROUP EUFAULA DIVISION,
LLC; JENNIFER BAKER; RANDY
CLINE,

     Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

**DAVID S. NIX, CLERK
BARBOUR CO. ALABAMA**

CIVIL ACTION NO.: *Cv-08-06*

## C O M P L A I N T

1.   Plaintiff, ROGER JORDAN, is an individual over the age of nineteen (19) years, and is a resident of Barbour County, Clayton Division, Alabama.

2.   Defendant EQUITY GROUP EUFAULA DIVISION, LLC (hereinafter "EQUITY GROUP"), is a limited liability corporation, duly authorized to do business in Alabama, and which does business in Barbour County, Clayton Division, Alabama.

3.   Defendant JENNIFER BAKER (hereinafter "BAKER") is an individual over the age of nineteen (19) years and is a resident of Barbour County, Clayton Division, Alabama. At all times material hereto, Defendant BAKER was acting within the line and scope of her employment with EQUITY GROUP.

4.   Defendant RANDY CLINE (hereinafter "CLINE") is an individual over the age of nineteen (19) years and a resident of Barbour County, Alabama. At all times material hereto, Defendant CLINE was acting within the line and scope of his employment with EQUITY GROUP.

5.    On and prior to November 21, 2007, Plaintiff was employed as a line hanger with Defendant EQUITY GROUP.

6.    On November 20, 2007, Plaintiff suffered a catastrophic injury while jumping on a trampoline. As a result, Plaintiff was rendered quadriplegic.

7.    After learning of Plaintiff's devastating injury, Defendants terminated Plaintiff's employment and cancelled Plaintiff's health insurance coverage and other benefits.

8.    Defendants' termination of Plaintiff's employment after he had suffered a devastating injury was for pretextual reasons and was in violation of public policy and was done cruelly and maliciously.

<u>COUNT ONE</u>

1.    Plaintiff realleges all previous allegations of this Complaint.

2.    Plaintiff avers that the conduct of Defendants was outrageous, went beyond all bounds of human decency and should not be condoned, accepted or endured in a civilized society.

3.    As a proximate result of Defendants' intentional and/or reckless conduct, Plaintiff has suffered damages as follows:

(a)    Plaintiff has suffered severe mental anguish, emotional distress, physical suffering, despair, frustration and humiliation;

(b)    Plaintiff was caused to lose health insurance coverage and other benefits;

(c)    Plaintiff was caused to suffer the loss of medical treatments and services; and,

2

(d)  Plaintiff will incur expenses necessitated by the filing of this lawsuit.

4.  Defendants consciously and deliberately engaged in oppression, fraud, wantonness or malice with regard to Plaintiff, thereby depriving Plaintiff of legal rights and entitling him to punitive damages against Defendants.

WHEREFORE, Plaintiff, ROGER JORDAN, demands judgment against Defendants in such sum as a jury shall reasonably assess, including actual and punitive damages, plus interest, attorneys fees, and all costs of this proceeding in an amount exceeding the jurisdictional minimum of this Court.

## COUNT TWO

1.  Plaintiff realleges all previous allegations of this Complaint.

2.  Defendants' termination of Plaintiff's employment on November 21, 2007, was violative of public policy.

3.  Defendants' termination of Plaintiff's employment on November 21, 2007, was violative of the provisions of Defendant EQUITY GROUP'S employee handbook.

4.  As a proximate result of Defendants' wrongful discharge, Plaintiff has been damaged as previously described herein.

WHEREFORE, Plaintiff, ROGER JORDAN, demands judgment against Defendants in such sum as a jury shall reasonably assess, including actual and punitive damages, plus interest, attorneys fees, and all costs of this proceeding in an amount exceeding the jurisdictional minimum of this Court.

3

_Walter B. Calton_
WALTER CALTON

**OF COUNSEL:**

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027
334-687-2407


**OF COUNSEL:**

Leah O. Taylor
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205


**OF COUNSEL:**

Honorable Shane Seaborn
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016


**PLAINTIFF HEREBY DEMANDS A TRIAL BY STRUCK JURY IN THIS CAUSE.**

_Walter B. Calton_
Of Counsel

4

**Defendants may be served by certified mail, return receipt requested as follows:**

Equity Group Eufaula Division
57 Melvin Clark Road
Bakerhill, AL 36027-4938

Jennifer Baker
1435 Poorhouse Road
Clayton, Alabama 36016

Randy Cline
427 Woodlawn Drive
Eufaula, Alabama 36027

5

DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004162
Cashier ID: brobinso
Transaction Date: 03/04/2008
Payer Name: WILLIAMS POTTHOFF WILLIAMS SMI
------------------------------------
CIVIL FILING FEE
 For: WILLIAMS POTTHOFF WILLIAMS SMI
 Case/Party: D-ALM-2-08-CV-000152-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 18781
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

JORDAN V EQUITY ET AL