## CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
## CLAYTON DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. cv-08-06 |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| JENNIFER BAKER and RANDY CLINE | ) |
| | ) |
| Defendants. | ) |

*RECEIVED 2008 MAR -4 P 3: 14 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA*

*2:08cv152-MEF*

*FILED MAR 04 2008 DAVID S. NIX BARBOUR COUNTY*

### NOTICE OF FILING NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Please take notice that defendants Equity Group Eufaula Division, LLC, Jennifer Baker and Randy Cline, pursuant to 28 U.S.C. § 1441, et seq., removed the above-captioned case to the United States District Court for the Middle District of Alabama, Northern Division ("Federal Court") by filing a Notice of Removal with the Federal Court on March 4, 2008. A copy of the Notice of Removal is attached hereto and incorporated by reference for filing.

_____
Joel P. Smith, Jr. (SMI 192)
Williams, Potthoff, Williams & Smith, LLC
125 South Orange Avenue
Eufaula, Alabama 36027

**OF COUNSEL:**
Howard A. Rosenthal
Patrick J. Doran
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008 I served the foregoing upon counsel of record for all parties to this proceeding, by placing a copy thereof in the United States Mail, first class postage thereon prepaid and properly addressed as follows:

Walter Calton
212 East Broad St.
Eufaula, AL 36027

Leah Taylor
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

Shane Seaborn
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

_____
Of Counsel