IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-152-MEF |
| | ) |
| EQUITY GROUP EUFAULA, | ) |
| DIVISION, LLC., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc, #5) filed on March 10, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before March 19, 2008 as to why the motion should not be granted.

DONE this the 12th day of March, 2008.

                                           /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE