```
       IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF ALABAMA
               NORTHERN DIVISION
```

```
ROGER JORDAN,                    *
                                 *
     Plaintiff,                  *
                                 *    CIVIL ACTION NO.:
v.                               *    2:08-CV-00152-MEF-TFM
                                 *
EQUITY GROUP EUFAULA DIVISION,   *
LLC; JENNIFER BAKER; RANDY       *
CLINE,                           *
                                 *
     Defendants.                 *
```

### PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

COMES NOW the Plaintiff and opposes the Motion to Dismiss and to Strike Demand for Jury Trial filed by Defendants. Plaintiff avers that this case is due to be remanded pursuant to 28 U.S.C. § 1447(c), and that he will be filing a Motion to Remand within 30 days after the filing of Defendants' Notice of Removal.

/s/ Leah O. Taylor
Leah O. Taylor


**OF COUNSEL:**

**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
Telephone: (205) 558-2800

Shane Seaborn, Esq.
**PENN & SEABORN, LLC**
P.O. Box 688
Clayton, Alabama 36016

Walter Calton, Esq.
312 East Broad Street
P.O. Box 696
Eufaula, AL 36027

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a copy of the foregoing has been served upon all counsel of record by placing a copy of the same in the U.S. mail, postage prepaid, and addressed as follows on this 13th day of March, 2008.

Joel P. Smith, Jr., Esq.
Williams, Potthoff, Williams & Smith
125 South Orange Avenue
Eufaula, AL 36027

Howard A. Rosenthal, Esq.
Patrick J. Doran, Esq.
Pelino & Lentz
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393


                                 <u>/s/ Leah O. Taylor</u>
                                 OF COUNSEL