```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

```
ROGER JORDAN,                   *
                                *
     Plaintiff,                 *
                                *     CIVIL ACTION NO.:
v.                              *     2:08-CV-00152-MEF-TFM
                                *
EQUITY GROUP EUFAULA DIVISION,  *
LLC; JENNIFER BAKER; RANDY      *
CLINE,                          *
                                *
     Defendants.                *
```

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Roger Jordan</u>, a <u>Plaintiff</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>March 13, 2008</u>            /s/ Leah O. Taylor
Date                       Leah O. Taylor (ASB-9871-A57L)
                           Counsel for Roger Jordan
                           2130 Highland Avenue
                           Birmingham, AL 35205
                           205-558-2800

**CERTIFICATE OF SERVICE**

    I, Leah O. Taylor, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic filing on this 13th day of March 2008, to:

Joel P. Smith, Jr., Esq.
Williams, Potthoff, Williams & Smith
125 South Orange Avenue
Eufaula, AL 36027

Howard A. Rosenthal, Esq.
Patrick J. Doran, Esq.
Pelino & Lentz
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393

                                        /s/ Leah O. Taylor
                                        Of Counsel