**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **ROGER JORDAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:08-CV-152-MEF** |
| | ) | |
| **EQUITY GROUP EUFAULA DIVISION, LLC,** | ) | |
| **JENNIFER BAKER and RANDY CLINE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

     **COMES NOW EQUITY GROUP EUFAULA DIVISION, LLC**, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

     The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Equity Group – Georgia Division, LLC | Sole Member of Equity Group Eufaula Division, LLC, a Delaware limited liability company |

     In addition, this Defendant further discloses that Equity Group – Georgia Division, LLC, a Delaware limited liability company, is wholly owned by Grow-Out Holdings, LLC, a Delaware limited liability company. Grow-Out Holdings, LLC is wholly owned by Keystone Foods Intermediate, LLC, a Delaware limited liability company. Keystone Foods Intermediate, LLC is wholly owned by Keystone Foods Holdings, LLC, a Delaware limited liability company.

Respectfully submitted this the 14th day of March, 2008.

/s/ Joel P. Smith, Jr.

Joel P. Smith, Jr.                    (SMI192)

One of Attorneys for Equity Group Eufaula Division, LLC, Jennifer Baker and Randy Cline

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, LLC
Post Office Box 880
Eufaula, Alabama 36072
Telephone      (334) 687-5834
Facsimile       (334) 687-5722

Howard A. Rosenthal
Patrick J. Doran
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel of

record via electronic filing/U.S. Mail, this 14th day of March, 2008.

Walter B. Calton, Esq.
Post Office Box 696
Eufaula, Alabama 36072

Leah O. Taylor, Esq.
TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205

L. Shane Seaborn, Esq.
PENN & SEABORN, LLC

Post Office Box 688
Clayton, Alabama 36016

                                    /s/ Joel P. Smith, Jr.
                            _____
                                    Of Counsel