UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:08-CV-152-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, | ) |
| JENNIFER BAKER and RANDY CLINE, | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

**COMES NOW,** Jennifer Baker, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provision of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | N/A |

Respectfully submitted this the 14th day of March, 2008.

/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr.           (SMI192)

One of the Attorneys for Equity Group Eufaula Division, LLC, Jennifer Baker and Randy Cline

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, LLC
Post Office Box 880
Eufaula, Alabama 36072
Telephone    (334) 687-5834
Facsimile    (334) 687-5722

Howard A. Rosenthal
Patrick J. Doran
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel of record via electronic filing/U.S. Mail, this 14th day of March, 2008.

    Walter B. Calton, Esq.
    Post Office Box 696
    Eufaula, Alabama 36072

    Leah O. Taylor, Esq.
    TAYLOR & TAYLOR
    2130 Highland Avenue
    Birmingham, Alabama 35205

    L. Shane Seaborn, Esq.
    PENN & SEABORN, LLC

Post Office Box 688
Clayton, Alabama 36016

/s/ Joel P. Smith, Jr.
Of Counsel