IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-152-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #14) filed on April 3, 2008, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before April 16, 2008. The plaintiff may file a reply brief on or before April 23, 2008.

DONE this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE