UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. 2:08CV152-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION, LLC, JENNIFER BAKER, and RANDY CLINE, | ) ) ) |
| | ) |
|    Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Joel P. Smith, Jr., of the law firm Williams, Potthoff, Williams & Smith, LLC, hereby moves that Howard A. Rosenthal and Patrick J. Doran be admitted *pro hac vice* as counsel for Defendants in the above styled case and further states as follows in support of this motion:

1. Mr. Rosenthal and Mr. Doran are attorneys with the firm of Pelino & Lentz, P.C., having an address of One Liberty Place, Thirty-Second Floor, 1650 Market Street, Philadelphia, Pennsylvania 19103-7393. Mr. Rosenthal's telephone number is (215) 246-3144, his fax number is (215) 665-1536, and his e-mail address is harosenthal@pelino.com. Mr. Doran's telephone number is (215) 246-3175, his fax number is (215) 665-1536, and his e-mail address is pjdoran@pelino.com.

2. Mr. Rosenthal and Mr. Doran are members in good standing of the Bar of the United States District Court for the Eastern District of Pennsylvania, as evidenced by the Certificates of Good Standing attached hereto.

3. Mr. Rosenthal and Mr. Doran are co-counsel with the undersigned counsel, located at 125 South Orange Avenue, Eufaula, Alabama 36027.

4. The undersigned is mailing the prescribed fee to the Clerk of Court on under separate cover.

WHEREFORE, the undersigned moves for the admission *pro hac vice* of Howard A. Rosenthal and Patrick J. Doran.

Respectfully submitted on this 15TH day of **April, 2008**.

/s/ Joel P. Smith, Jr.
Joel P. Smith, Jr.                    (SMI192)
ASB-0328-M46J

OF COUNSEL:
WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama   36072-0880
Telephone     (334) 687-5834
Facsimile     (334) 687-5722

## CERTIFICATE OF SERVICE

I do hereby certify that on April 15, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notice of such filing to the following counsel of record:

Walter Calton, Esq.
212 East Broad St.
Eufaula, AL 36027

Leah Taylor, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

Shane Seaborn, Esq.
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

   /s/ Joel P. Smith, Jr.
Of Counsel

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA

}

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Howard A. Rosenthal, Bar # 25632, was duly admitted to practice in said Court on October 18, 1978, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on March 12, 2008.                         BY _____
                                                     Aida Ayala,    Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

}

EASTERN DISTRICT OF PENNSYLVANIA

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That Patrick J. Doran, Bar # 58722, was duly admitted to practice in said Court on October 2, 1992, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania        MICHAEL E. KUNZ
                                                                            Clerk of Court

on March 12, 2008.                        BY *Aida Ayala*
                                                           Aida Ayala,      Deputy Clerk