DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004865
Cashier ID: khaynes
Transaction Date: 04/28/2008
Payer Name: WILLIAMS POTTHOFF ET  AL
------------------------------------
PRO HAC VICE
 For: HOWARD A ROSENTHAL
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:       $50.00
PRO HAC VICE
 For: PATRICK J DORAN
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:       $50.00
------------------------------------
CHECK
 Check/Money Order Num: 18801
 Amt Tendered:  $100.00
------------------------------------
Total Due:     $100.00
Total Tendered: $100.00
Change Amt:     $0.00

Jordan v. Equity Group Eufaula
Division, LLC et al

2:08-cv-00152-MEF-TFM