IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER JORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-152-MEF |
| | ) |
| EQUITY GROUP EUFAULA DIVISION LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Howard A. Rosenthal and Patrick J. Doran to Appear *Pro Hac Vice* (Doc. #16) filed on April 15 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE