IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROGER JORDAN, | ) | |
| | ) | |
| Plaintiff , | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-152-MEF |
| | ) | |
| EQUITY GROUP EUFAULA | ) | |
| DIVISION, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendant's *Motion to Strike Plaintiff's Discovery* (Doc. 6, filed March 10, 2008). Counsel for the plaintiff notified the Court that they would not seek the discovery pending the determination on the motion to remand. Therefore, it is **ORDERED** that the motion is **DENIED as moot**. Plaintiff may reassert the discovery requests at the appropriate time.

DONE this 4th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE